IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVE BREWER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KEY BANK, N.A. | : | NO. 23-747 |

## ORDER

**AND NOW**, this 3rd day of September, 2024, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 15), Plaintiff's Cross-Motion for Partial Summary Judgment (Docket No. 21), and all documents filed in connection with both Motions, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiff's Cross-Motion for Partial Summary Judgment is **DENIED**.

2. **JUDGMENT IS ENTERED** in favor of Defendant KeyBank, N.A. and against Plaintiff Eve Brewer.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this civil action.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.