# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2852

Eve Brewer v. KeyBank NA, et al

(U.S. District Court No.: 2:23-cv-00747)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: February 25, 2025
CLW/cc: Drake P. Bearden Jr., Esq.
        Brandon R. Sher, Esq.
        Mr. George V. Wylesol,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate